UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICIA CLARK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>　　　　　Defendants. | No. 2:15-cv-1211 JAM DAD PS<br><br><br><br>ORDER |

　　　　Plaintiff Felicia Clark is proceeding in this action pro se. This matter was, therefore, referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

　　　　Plaintiff has requested leave to proceed in forma pauperis under 28 U.S.C. § 1915. The undersigned finds that plaintiff's in forma pauperis application makes the showing required by the statute. Accordingly, plaintiff's request to proceed in forma pauperis will be granted.

　　　　IT IS HEREBY ORDERED that:

　　　　1. Plaintiff's June 5, 2015 application to proceed in forma pauperis (Dkt. No. 2) is granted.

　　　　2. The Clerk of the Court is directed to issue process and to send plaintiff an instruction sheet for service of process by the United States Marshal, four USM-285 forms, a summons form, and an endorsed copy of plaintiff's complaint filed June 5, 2015. (Dkt. No. 1).

/////

1

3. Within thirty (30) days after this order is served, plaintiff shall submit to the United States Marshal four properly completed USM-285 forms, four properly completed summons forms, and the number of copies of the endorsed complaint and of this order required by the United States Marshal; the required documents shall be submitted directly to the United States Marshal either by personal delivery or by mail to: United States Marshals Service, 501 I Street, Suite 5600, Sacramento, CA 95814 (tel. 916-930-2030).

4. Within ten (10) days after submitting the required materials to the United States Marshals Service, plaintiff shall file with this court a declaration stating the date on which she submitted the required documents to the United States Marshal. Failure to file the declaration in a timely manner may result in an order imposing appropriate sanctions.

5. Within thirty (30) days after receiving the necessary materials from plaintiff, the United States Marshal is directed to serve process on defendants County of Sacramento, City of Sacramento, Officer Andrew Nelson and Officer Christopher Kemp without prepayment of costs.

6. The Clerk of the Court is directed to serve a copy of this order on the United States Marshal.

Dated: September 28, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.pro se\clark1211.ifp.serve.ord.docx

2