UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICIA CLARK, | No. 2:15-cv-1211-JAM-EFB PS (TEMP) |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

Plaintiff Felicia Clark is proceeding in this action pro se. This matter was, therefore, referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On September 29, 2015, the previously assigned magistrate judge issued an order directing the service of process on the defendants by the United States Marshal.[1] ECF No. 3. On November 3, 2015, defendants Andrew Nelson and Christopher Kemp filed a waiver of service of summons. ECF No. 7. On December 3, 2015, counsel for defendants Nelson and Kemp filed a request for a 30-day extension of time to file a responsive pleading, explaining that the other defendants in this action have not yet been served and that counsel needs additional time to obtaining records necessary to draft defendants' responsive pleading. ECF No. 9.

/////

---

[1] This matter was reassigned to the undersigned on November 6, 2015. ECF No. 8.

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants Nelson and Kemp's December 3, 2015 request for an extension of time to file a responsive pleading (ECF No. 9) is granted. Defendants' responsive pleading shall be filed on or before January 10, 2016.

2. The Clerk of the Court is directed to serve a copy of this order on the United States Marshal.

DATED: December 9, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE