1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICIA CLARK, | No. 2:15-cv-1211 JAM DB PS |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

Plaintiff is proceeding pro se with the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On July 26, 2016, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. The fourteen-day period has expired, and no party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The findings and recommendations filed July 26, 2016 (Dkt. No. 18) are adopted in full;

1

2.  Defendants' January 8, 2016 motion to dismiss (Dkt No. 11) is granted in part and denied in part;

3.  The complaint's claims for illegal seizure, *Monell*, and violation of the ADA are dismissed with leave to amend;

4.  Plaintiff is granted twenty-eight days to file an amended complaint that cures the defects noted in this order and complies with the Federal Rules of Civil Procedure and the Local Rules of Practice[1]; and

5.  If after the twenty-eight days has passed plaintiff has not filed an amended complaint, defendants are directed to file an answer within fourteen days to the complaint's claims of retaliation, false arrest and excessive force.

DATED:  August 31, 2016

John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE

/clark.jo

---

[1]  It appears plaintiff has already filed an amended complaint in response to the findings and recommendations.

2