UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICIA CLARK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>　　　　Defendants. | No. 2:15-cv-1211 JAM DB PS<br><br><br>ORDER |

　　　　Plaintiff is proceeding in this action pro se. This matter was, therefore, referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

　　　　On July 12, 2017, the undersigned issued findings and recommendations addressing defendants' partial motion to dismiss. (ECF No. 37.) On September 6, 2017, plaintiff filed a motion for default judgment. (ECF No. 38.) However, as noted by defendants' opposition filed September 14, 2017, a defendant is subject to default judgment for failing to plead or otherwise defend the action. (ECF No. 39 at 3.)

　　　　Here, defendants filed a motion for partial dismissal. (ECF No. 30.) Findings and recommendations are currently pending before the assigned District Judge addressing the resolution of defendants' motion for partial dismissal. In this regard, plaintiff's motion for default judgment is improper.

////

Accordingly, IT IS HEREBY ORDERED that plaintiff's September 6, 2017 motion for default judgment (ECF No. 38) is denied without prejudice.[1]

Dated: September 14, 2017

  /s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.pro se\clark1211.mdj.den.ord

---

[1] In this regard, should defendants fail to defend this action and a motion for default judgment become procedurally proper, plaintiff may then re-notice her motion for default judgment. Prior to doing so, plaintiff should review Rule 55 of the Federal Rules of Civil Procedure.