UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICIA CLARK,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>Defendants. | No. 2:15-cv-1211 JAM DB PS<br><br><br><br>ORDER |

Plaintiff is proceeding in this action pro se. This matter was, therefore, referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On December 18, 2017, the undersigned issued a Status (Pretrial Scheduling) Order setting forth a schedule for this action. (ECF No. 47.) Plaintiff and defendant have each filed separate requests for a modification of that schedule. (ECF Nos. 58 & 59.) Good cause appearing, those requests will be granted.

Plaintiff's filing also seeks the court's authorization to subpoena documents from defense counsel. (ECF No. 59 at 1.) "Rule 45 of the Federal Rules of Civil Procedure governs discovery of non-parties by subpoena." Del Campo v. Kennedy, 236 F.R.D. 454, 457 (N.D. Cal. 2006). In this regard, "[w]here a non-party possesses potentially relevant information, the party seeking discovery may obtain a subpoena for the evidence pursuant to Rule 45." Amini Innovation Corp. v. McFerran Home Furnishings, Inc., 300 F.R.D. 406, 409 (C.D. Cal. 2014).

1

Here, plaintiff is seeking discovery from defendants, who are a party to this action. To obtain discovery from a party, plaintiff should consult the Federal Rules of Civil Procedure, specifically Rules 26 through 37, and Local Rule 251. Plaintiff should also contact defendants' counsel to meet and confer.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' August 6, 2018 request to modify the scheduling order (ECF No. 58) is granted;

2. Plaintiff's August 10, 2018 request to modify the scheduling order (ECF No. 59) is granted;

3. Discovery in this action shall be completed by **November 2, 2018**[1];

4. All pretrial motions, except motions to compel discovery, shall be completed by **December 14, 2018**[2];.

5. A final pretrial conference is set for **March 22, 2019, at 10:00 a.m.** in courtroom no. 6 before the Honorable John A. Mendez; and

7. A jury trial is set for **April 29, 2019, at 9:00 a.m.** in courtroom no. 6 before the Honorable John A. Mendez.

Dated: September 20, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.pro se\clark1211.sched.eot.ord

---

[1] The word "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been complied with.

[2] The word "completed" in this context means that all law and motion matters must be heard by the above date. The parties are cautioned to refer to the local rules, specifically Local Rule 230, regarding the requirements for noticing such motions on the court's regularly scheduled law and motion calendar.